FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2009 SEP -8 PM 3: 35

DISTRICT OF UTAH

Joel T. Marker (4372)
**McKAY, BURTON & THURMAN**
Attorneys for Joel T. Marker, Trustee
170 South Main Street, Suite 800
Salt Lake City, UT 84101
Telephone: (801) 521-4135
Email: joel@mbt-law.com

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | : | Bankruptcy No. 08-28427 JAB |
| --- | --- | --- |
|  | : | Chapter 7 |
| KATHLEEN ELIZABETH WILSON, | : |  |
|  | : |  |
| Debtor. | : |  |

### NOTICE OF PAYMENT OF UNCLAIMED FUNDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

Joel T. Marker, Trustee of the Chapter 7 bankruptcy estate of Kathleen Elizabeth Wilson, pursuant to Rule 3011, Rules of Bankruptcy Procedure, hereby gives notice of funds paid into the United States Bankruptcy Court registry and represents to the Court that:

1. On July 18, 2005, the following check was issued in the amount set forth below:

| Check # | Creditor and Address | Check Amount |
| --- | --- | --- |
| 108 | Checkmate<br>390 North 500 West<br>Bountiful, UT 84010 | $375.71 |

2. Check No. 108 was returned to Joel. T. Marker with no notation.

3. The unclaimed funds are on deposit at Chase Manhattan Bank, Account No. 312-2283846-66.



4. The last known name and address of the payee to which the check was sent is listed above.

5. A check in the amount of $375.71 representing said unclaimed funds, made payable to the Clerk of the Court, U.S. Bankruptcy Court, is attached hereto.

DATED this 8th day of September, 2009.

McKAY, BURTON &THURMAN

By: _____
Joel T. Marker
Attorneys for Joel T. Marker, Trustee

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of September, 2009, a true and correct copy of the foregoing was mailed, postage prepaid, to the following:

United States Trustee
405 South Main St., Suite 300
Salt Lake City, UT 84111

Jody L. Howe
Utah Bankruptcy Professionals
9227 South 1300 East
Sandy, UT 84094

Checkmate
390 North 500 West
Bountiful, UT 84010

_____/S/_____
Leanne Ruesch